IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION
CIVIL ACTION NO. 7:25-cv-461-D

| | |
|---|---|
| ACCREDITED SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>and<br><br>AMERICAN STRATEGIC INSURANCE CORPORATION,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>JOHN THORPE AND JOSHUA BITTECUFFER, IN HIS CAPACITY AS THE ADMINISTRATOR OF THE ESTATE OF MICHELLE RENEE VON SEGGERN;<br><br>Defendants and Intervenor-Defendants. | **ORDER** |

UPON CONSIDERATION of Intervenor-Plaintiff, American Strategic Insurance Corporation's Motion to Intervene as a Plaintiff, and any Opposition thereto, it is ORDERED, that the Intervenor-Plaintiff's Motion be, and the same hereby is GRANTED.

SO ORDERED. This the 26 day of June, 2025.

_____
JAMES C. DEVER III
United States District Judge